# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### _ATLANTA_ DIVISION

IN RE: **BRANDON THOMAS**

Debtor(s)

Case No. _____

Chapter __7__

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

Dated: 10/16/10

_____
Debtor